PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, *v.* MONOGRAM ASSOCIATES, INC., et al., Respondents.

Submitted February 20, 1950; decided February 23, 1950.

*Clarence Fried* for motion.

*Edward Alan Shure* and *Abraham Epstein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.